UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JAN 28 2021
U.S. DISTRICT COURT
ELKINS WV 26241

UNITED STATES OF AMERICA,

v.  Criminal No. 2:21mj1

JASON STEVEN KOKINDA,

Defendant.

## ORDER TO SEAL

On the 28th day of January, 2021, came the United States of America and William J. Powell, United Sates Attorney for the Northern District of West Virginia, by Brandon S. Flower, Assistant United States Attorney for said district, and moved the Court to seal this matter for the reason that lack of sealing would compromise the integrity of an ongoing investigation. It appearing that the interests of justice will be served, it is accordingly:

**ORDERED** that the Clerk of Court **seal this matter, including all documents and proceedings;**

**ORDERED** that the Clerk of Court shall **automatically unseal** and place among the public records the above-styled criminal action **upon the arrest of the defendant on the charges listed in the complaint;**

Notwithstanding this Order to Seal, the clerk is **FURTHER ORDERED** to send an electronic copy of the sealed complaint to the United States Attorney's Office and the United States Marshals Service.

DATED: 1-28-2021

_____
UNITED STATES MAGISTRATE JUDGE